US DISTRICT COURT : SOUTHERN DISTRICT OF NY | Job #: 1572298

Client: THE MERMIGIS LAW GROUP, P.C.
Address: 85 COLD SPRING ROAD, SUITE # 200 SYOSSET, NY 11791

| CARON DAVIS | Index Number: 1:24-cv-03745 |
|---|---|
| Plaintiff | Client's File No.: davis vs. nychhc |
| vs | |
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION DBA NEW YORK CITY HEALTH + HOSPITALS | Court Date: |
| Defendant | Date Filed: 07/11/2024 |

JEREMY COLEY, affirms and says:

## AFFIRMATION OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 8/20/2024, at 10:33 AM at: 50 WATER STREET , NEW YORK, NY 10004 Deponent served the within **SUMMONS IN A CIVIL ACTION - COMPLAINT -**

On: **NEW YORK CITY HEALTH AND HOSPITALS CORPORATION DBA NEW YORK CITY HEALTH + HOSPITALS** , Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **NATASHA FRAZER** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be General Agent authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Black | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 45 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 08/21/2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*