UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARON DAVIS,

                Plaintiff,

      – against –

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION *d/b/a* NEW YORK CITY
HEALTH + HOSPITALS,

                Defendant.

**ORDER**

24-cv-03745 (ER)

Ramos, D.J.:

    Caron Davis brought this action against New York City Health and Hospitals Corporation on May 15, 2024. Doc. 1. On August 20, 2024, New York City Health and Hospitals Corporation was served. *See* Doc. 6. Since then, there has been no activity in this case.

    Davis is directed to submit a status letter by no later than April 21, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    April 14, 2025
            New York, New York

                                                        EDGARDO RAMOS, U.S.D.J.