

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**Ilona J. Ehrlich**
*Assistant Corporation Counsel*
Labor & Employment Law Division
phone: 212-356-2549
iehrlich@law.nyc.gov

September 18, 2025

**Via ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:     Caron Davis v. New York City Health and Hospitals Corporation
>            No.: 24-cv-03745 (ER)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant New York City Health + Hospitals ("H+H") in the above-captioned action.

Plaintiff, who brings claims of religious discrimination and failure to accommodate, is a former Coordinating Manager with H+H whose employment was terminated for failing to comply with the COVID-19 vaccine mandate. Plaintiff vaguely alleges in a conclusory manner and without further factual enhancement that her "sincerely held religious beliefs as a Rastafarian required her to refuse the covid-19 vaccines as well as other vaccines." See Compl., ECF No. 1 at ¶5. Without more, Plaintiff fails to state a claim. As such, by letter dated August 15, 2025, ECF No. 16, Defendant H+H respectfully requested a pre-motion conference in connection with its anticipated, fully-dispositive motion to dismiss the Complaint pursuant to Rule 12(b)(6).

Although the Court has not yet ruled on Defendant's pre-motion conference letter, on September 4, 2025, within 21 days of the letter, Plaintiff filed her First Amended Complaint ("FAC"). See ECF No. 18. But due to Plaintiff's failure to cure any of the deficiencies in her FAC, Defendant H+H respectfully submits that in response, H+H intends to rely on its original pre-motion conference letter of August 15, 2025, at ECF No. 16.

Accordingly, Plaintiff's FAC should be dismissed in in its entirety with prejudice for failure to state a claim, and Defendant H+H respectfully renews its request for a pre-motion conference in connection with its anticipated motion to dismiss.

- 2 -

I thank the Court for its consideration of this request.

Respectfully submitted,

*Ilona J. Ehrlich*

Ilona J. Ehrlich
Assistant Corporation Counsel

cc:    All Counsels of Record (via ECF)